UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDGAR SANTAMARIA, on behalf of
himself and all others similarly situated,

         Plaintiff,

     -against-

HOMEMADE TAQUERIA CORP., HOMEMADE
TAQUERIA II CORP., and HILARIO MORALES,

         Defendants.
------------------------------------------------------------------X

21 Civ. 3562 (ENV)(SJB)

NOTICE OF ACCEPTANCE
OF RULE 68 OFFER OF
JUDGMENT

To: Levin-Epstein & Associates, P.C.
   Attn: Jason Mizrahi, Esq.
   Joshua D. Levin-Epstein, Esq.
   60 East 42nd Street, Suite 4700
   New York, New York 10165
   Email: Jason@levinepstein.com
   Joshua@levinepstein.com
   *Attorneys for Defendants*

   **PLEASE TAKE NOTICE**, that Plaintiff Santamaria pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the attached Offer of Judgment of Defendants Homemade Taqueria Corp., Homemade Taqueria II Corp. and Hilario Morales.

Dated: New York, New York
    February 27, 2023

               PECHMAN LAW GROUP PLLC

               By: _____
               Vivianna Morales, Esq.
               488 Madison Avenue, 17th Floor
               New York, New York 10022
               Telephone: (212) 583-9500
               morales@pechmanlaw.com
               *Attorneys for Plaintiff*