UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Edgar Santamaria, on behalf of himself
and all others similarly situated,

                         Plaintiffs,                    JUDGMENT

v.                                                   21-cv-03562(NRM)(SJB)

Homemade Taqueria Corp., Homemade
Taqueria II Corp, and Hilario Morales,

                        Defendants.
----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 27, 2023; and Defendants Homemade Taqueria Corp., Homemade Taqueria II Corp, and Hilario Morales, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Edgar Santamaria in the total sum of thirty-seven thousand five hundred dollars and zero cents ($37,500.00); it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Edgar Santamaria and against Defendants Homemade Taqueria Corp., Homemade Taqueria II Corp, and Hilario Morales in the total sum of thirty-seven thousand five hundred dollars and zero cents ($37,500.00), payable as follows: 1. A payment in the amount of twelve thousand five hundred dollars and zero cents ($12,500) payable within the latter of: (i) ten (10) days of the Court's entry of a final judgment; or (ii) March 6, 2023. 2. A second payment in the amount of twelve thousand five hundred dollars and zero cents($12,500) payable within thirty (30) days of Plaintiff's receipt of the initial payment; and 3. A final payment in the amount of twelve thousand five hundred dollars and zero cents ($12,500) payable within thirty (30) days of Plaintiff's receipt of the second payment; it is

FURTHER ORDERED and ADJUDGED that the total sum of thirty-seven thousand five hundred dollars and zero cents ($37,500.00) is inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: Brooklyn, New York  
       March 1, 2023

Brenna B. Mahoney  
Clerk of Court

By:    <u>/s/Jalitza Poveda</u>  
         Deputy Clerk